No. 79–6211. FARIAS-CONTRERAS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 79–6224. GRECO *v.* WORKMAN, PRE-RELEASE CENTER SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 79–6300. GINDI *v.* DUNHAM, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–6306. ANTONELLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6327. TATASCIORE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6337. COX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6379. TROLLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6386. JENKINS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 79–6395. ALSTON *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 79–6400. PFEIFER *v.* UNITED STATES BUREAU OF PRISONS. C. A. 9th Cir. Certiorari denied.

No. 79–6404. CROOKER *v.* U. S. DEPARTMENT OF JUSTICE. C. A. 2d Cir. Certiorari denied.

No. 79–6429. TAYLOR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.